

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00011-CV

City of Port Aransas, Texas, Charles R. Bujan, Mayor, and David Parsons, City Manager

v.

Julie Smith Shodrok

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Cause No. 2017CCV-61369-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and RENDERED. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that Appellee Shodrok take nothing on her request for attorney's fees and sanctions. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

November 21, 2019